IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SEAN YOUNGBLOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-01313 |
| ) | |
| PIONEER AUTO SALES ) | |
| DETAILING, INC., ) | |
| & MARTY GOLDSTEIN ) | |
| (individually and as owner) ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f) and 9(b), Defendants, "PIONEER AUTO SALES DETAILING, INC." ("Pioneer") and MARTY GOLDSTEIN ("Goldstein"), by their undersigned attorneys, DANIEL G. O'DAY ESQ. and ROBERT HANAUER, ESQ., respectfully submit an accompanying memorandum and move to dismiss Count I of Plaintiff's First Amended Complaint, as follows:

1. Plaintiff's purported RICO claim in Count I, filed on May 10, 2017, is time-barred because it was not filed within four (4) years following accrual of any such purported cause of action.

2. Plaintiff's purported fraud claim in Count IV, filed on May 10, 2017, is time-barred because it was not filed within five (5) years following accrual of any such purported cause of action.

1

3.   Count I should be dismissed because it fails to state a claim upon which relief may be granted.

WHEREFORE, Defendants Pioneer and Goldstein respectfully pray that the Court dismiss Counts I and II of the First Amended Complaint and further pray for such other relief as the Court deems just or appropriate.

Respectfully Submitted,

MARTY GOLDSTEIN & PIONEER
AUTO SALES DETAILING, INC.

By One of Their Attorneys:

/s/ Daniel G. O'Day, Esq.
ARDC No.: 6181202
Cusack, Gilfillan & O'Day, LLC
Daniel G. O'Day, Esq.
Robert J. Hanauer, Esq.
415 Hamilton Blvd.
Peoria, Illinois 61602
Phone: (309)-637-5282
Fax: (309-637-5788
Email: doday@cgolawfirm.com

## CERTIFICATE OF SERVICE

I certify that on July 10, 2017, the foregoing Motion to Dismiss was filed with the Clerk of the Court using CM/ECF system, and that I have caused to be mailed by United States Postal Service a copy of the same to the following non-CM/ECF participant:

Sean Yougblood, Pro Se
2201 Knollbrook Way
Bloomington, IL 61705

Respectfully Submitted,

MARTY GOLDSTEIN & PIONEER AUTO SALES & DETAILING, INC.

By One of Their Attorneys:

/s/ Daniel G. O'Day, Esq.
ARDC No.: 6181202
Cusack, Gilfillan & O'Day, LLC
Daniel G. O'Day, Esq.
Robert J. Hanauer, Esq.
415 Hamilton Blvd.
Peoria, Illinois 61602
Phone: (309)-637-5282
Fax: (309-637-5788
Email: doday@cgolawfirm.com