E-FILED
Tuesday, 25 July, 2017 02:01:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sean Youngblood, | ) | NOTICE OF VOLUNTARY |
| Plaintiff(s) | ) | DISMISSAL OF COUNT 1 |
| v. | ) | PURSUANT TO F.R.C.P. |
| | ) | 41(a)(2) |
| | ) | |
| Pioneer Auto Sales & Marty Goldstein. | ) | Case No.: 17-CV-01313 |
| Defendant(s) | ) | Illinois/ McLean County Case No.: 17-L-07 |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNT 1 OF THE FAC PURSUANT TO F.R.C.P. 41(a)(2)

---

### MOTION FOR VOLUNTARY DISMISSAL OF COUNT 1 OF THE FAC WITHOUT PREJUDICE

Plaintiff, Sean Youngblood, pursuant to Federal Rule of Civil Procedure 41(a)(2), for leave to dismiss Count 1 of the First Amended Complaint for the reasons stated below.

1. Plaintiff voluntarily dismisses Count 1 of his Amended Complaint without Prejudice.

2. Plaintiff does so:

    a. as not to disrupt proper jurisdiction.

    b. because Jay Goldstein was dismissed from the Amended Complaint.

    c. to reduce frivolous actions by Defendants' in their continuing attempt to harass and impede justice against Plaintiff.

    d. Plaintiffs lack the financial means to pursue or defend against further

1

    proceedings in this court.

   e. The state Court should retain jurisdiction, given the amount of time and resources that have been spent thus far.

   f. Plaintiffs urge that a remand to state court would result in "much less cumbersome and expensive procedures on motion for summary judgment.

   g. The state court has already had become fully familiar with the factual background and the positions of the parties.

3. That neither party will be prejudiced by the granting of this Motion.

4. Further, a "district court can consider whether the defendants have engaged in any manipulative tactics when it decides whether to remand a case.

5. It is very apparent that defendants Super Lawyer is using illicit tactics to prejudice plaintiff and impede justice.

6. Plaintiff pleads with this Court to remand the remaining counts of the FAC back to state jurisdiction which would best serve the "principles of economy, convenience, fairness, and comity which underlie the pendent jurisdiction doctrine.

Wherefore, the Plaintiff respectfully request that this Court sign the attached order dismissing Count 1 of the Amended Complaint without prejudice, and for any and all other further relief deemed just.

Respectfully submitted,

SEAN YOUNGBLOOD
Pro-se Plaintiff
2201 Knollbrook Way
Bloomington, Illinois 61705
(309) 200-7371
sryoungblood@yahoo.com

SEAN YOUNGBLOOD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sean Youngblood, | ) | NOTICE OF VOLUNTARY |
| Plaintiff(s) | ) | DISMISSAL OF COUNT 1 |
| v. | ) | PURSUANT TO F.R.C.P. |
| | ) | 41(a)(1)(A)(i) |
| Pioneer Auto Sales & Marty Goldstein. | ) | Case No.: 17-CV-01313 |
| Defendant(s) | ) | Illinois/ McLean County Case No.: 17-L-07 |

### NOTICE OF VOLUNTARY DISMISSAL OF COUNT 1 OF THE FAC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff  Sean Youngblood  and or their counsel(s), hereby give notice that the above-captioned action of Count 1 is voluntarily dismissed, without prejudice against the defendant(s)  Pioneer Auto Sales & Marty Goldstein  .

Plaintiff filed for a Voluntary Dismissal of Count 1 (July 7th, 2017) before Defendants' answered the FAC or filed a Summary Judgment Motion.

Date:  **Friday July 21st, 2017**

_____
*Signature of plaintiff*

2201 Knollbrook Way
*Address*

Bloomington, IL 61705
*City, State & Zip Code*

(309) 200-7371
*Telephone Number*

Cusack, Gilfillan
O'Day, LLC 415 Hamilton Blvd.
Peoria, IL 61602
&
Marty Goldstein & Pioneer Auto Sales
921 West Pioneer Parkway
Peoria, Illinois

### CERTIFICATE OF SERVICE

Friday July 21st, 2017

I hereby certify that on this _Tuesday 11th, 2017_, the foregoing was filed with the U.S. District Court Clerk, Central District of Illinois, Central Division, by using the US Postal system, and to defendants' and their attorneys on record.

SEAN YOUNGBLOOD

SEAN YOUNGBLOOD
Pro-se Plaintiff
2201 Knollbrook Way
Bloomington, Illinois 61705
(309) 200-7371
sryoungblood@yahoo.com