IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SEAN YOUNGBLOOD,

  Plaintiff,

V.                                   Fed Case No. 1:17-cv-01313

PIONEER AUTO SALES DETAILING      State/ McLean County Case No. 17-L-07
INC. & MARTY GOLDSTEIN
(individually and as owner)

  Defendants.

---

**PLAINTIFFS' SECOND AFFIDAVIT IN SUPPORT OF HIS RESPONSE TO DEFENDANTS MOTION TO DISMISS THE FAC**

STATE OF ILLINOIS ss. (County of McLean )

I, SEAN YOUNGBLOOD, UNDER OATH
Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows: being first duly sworn, under oath, and states that the following information is within my personal knowledge and belief :

    COMES NOW Sean Youngblood, pro-Se Plaintiff, being first duly sworn, under oath, and states that the following information is within his personal knowledge and belief:

1.   I am over18 years of age and competent enough to testify of my own knowledge of the facts stated herein. That I am the Plaintiff in the above matter.

2.   All the facts stated by me herein are true, correct and complete to the best of my knowledge and understanding. and are stated in the FAC.

3.   That a balance of loan to Defendants, in regards to a principle amount only, is *$265,000.00 owed to myself. Clearly stated in para. 56, 58, 64, 66, , 67, 74, 76, 77 of the FAC.

4.   That Defendants' defaulted on their agreement almost immediately after I dropped Defendants' and their brother from a lawsuit involving fraud and breach of contract concerning this case no. back in November 2016. Clearly stated in para. 65, 66, 67, 74, 80, 86(j ) of the FAC.

5.   That I have made every attempt to reason with Defendants' for repayment of the loan/ debt.

6. That Defendants have failed to abide by their agreements to repay the loan/ debt to myself. Clearly stated in para. 65, 66, 67, 74, 80, 86(j) of the FAC

7. That the Defendants' owe me a principle amount of *$265,000 from a loan they have defaulted on, and have refused to pay myself. Clearly stated in para. 56, 58, 64, 66, , 67, 74, 76, 77 of the FAC

8. That I am the sole owner of the loan/ debt owed by the Defendants'. Clearly stated in para. 6 of the FAC

9. That Defendants' cannot produce any facts that show they are not in default, or that they don't owe the amount of *$265,000 to myself through a loan.

10. Defendants have not paid according to the agreement dated Oct 8th, 2016 and are in default with me, and cannot produce any facts showing they are not in default. Clearly stated in para. 65, 66, 67, 74, 80, 86(j) of the FAC

11. That on May 9th, 2017 I served defendants' with my FAC.

12. That the date of my cause of action in Count IV of my FAC is on or about Oct 8th, 2016. Clearly stated in para. 65, 66, 67, 74, 80, 86(j) of the FAC

I declare under penalty of perjury under the laws of the United States that the foregoing ii true and correct and that this declaration was executed on,

Signature