E-FILED
Wednesday, 30 August, 2017  02:20:54 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

|  |  |  |
|---|---|---|
| Sean Youngblood | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case Number: 17-CV-1313 |
| | ) | |
| Pioneer Auto Sales Detailing, Inc. | ) | |
| Marty Goldstein | ) | |
| | ) | |
| Defendants | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.    This action came before the Court and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** that Count I of the First Amended Complaint is DISMISSED WITH PREJUDICE. It is further ORDERED that this case is REMANDED back to the Circuit Court of the Eleventh Judicial Circuit, McLean County, Illinois. Costs are taxed in favor of Defendants Marty Goldstein and Pioneer Auto Sales Detailing, Inc., and against Plaintiff Sean Youngblood, in the amount of $400.00. CASE CLOSED.


**Dated:**    8/30/2017


s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court